UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7456
(2:11-cr-00511-BHH-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JIAN-YUN DONG, a/k/a John Dong

Defendant - Appellant


_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc and the

motion for reconsideration. No judge requested a poll under Fed. R. App. P. 35 on

the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Agee, and

Senior Judge Motz.

For the Court

/s/ Nwamaka Anowi, Clerk